CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 0 8 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LISA V. CECIL,<br><br>                      *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security,*<br><br>                      *Defendant.* | CIVIL ACTION No. 6:10-CV-00009<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

In accordance with the accompanying memorandum opinion, it is hereby ORDERED as follows: the magistrate judge's Report and Recommendation (docket no. 23) is ADOPTED *in toto*; the parties' objections thereto (docket nos. 24 & 25) are OVERRULED; Defendant's motion for summary judgment (docket no. 15) is DENIED; Plaintiff's motion for summary judgment (docket no. 13) is GRANTED; this case is REMANDED to the Commissioner of Social Security for further vocational assessment pursuant to Sentence four of 42 U.S.C. § 405(g); and this action is DISMISSED and STRICKEN from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record and to United States District Judge Michael F. Urbanski.

It is so ORDERED.

Entered this ___ day of July, 2011.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE