CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAR 21 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Pam Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LISA V. CECIL,<br><br>                              *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security,*<br><br>                              *Defendant.* | CIVIL ACTION NO. 6:10-CV-00009<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

   I referred Plaintiff's motion for attorney's fees (docket no. 30) to United States Magistrate Judge B. Waugh Crigler for proposed findings of fact and a recommended disposition, pursuant to 28 U.S.C. § 636(b)(1)(B), and Judge Crigler has filed his Report and Recommendation (the "Report," docket no. 42). After a review of the record, and no objection to the Report having been filed within fourteen days of its service upon the parties, I adopt the Report, and Plaintiff's motion for attorney's fees and costs is GRANTED. In accordance with the Report, attorney's fees in the amount of $6,109.53 and costs in the amount of $350.00 are AWARDED, and payment thereof is DIRECTED to be made to Plaintiff's counsel.

   The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

   It is so ORDERED.

   ENTERED this 21st day of March, 2012.

                                                  /s/ Norman K. Moon
                                                  NORMAN K. MOON
                                                  UNITED STATES DISTRICT JUDGE