CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAR 21 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Pam Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LISA V. CECIL, <br><br> *Plaintiff*, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> *Commissioner of Social Security*, <br><br> *Defendant.* | CIVIL ACTION NO. 6:10-CV-00009 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

I referred Plaintiff's motion for attorney's fees (docket no. 30) to United States Magistrate Judge B. Waugh Crigler for proposed findings of fact and a recommended disposition, pursuant to 28 U.S.C. § 636(b)(1)(B), and Judge Crigler has filed his Report and Recommendation (the "Report," docket no. 42). After a review of the record, and no objection to the Report having been filed within fourteen days of its service upon the parties, I adopt the Report, and Plaintiff's motion for attorney's fees and costs is GRANTED. In accordance with the Report, attorney's fees in the amount of $6,109.53 and costs in the amount of $350.00 are AWARDED, and payment thereof is DIRECTED to be made to Plaintiff's counsel.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

It is so ORDERED.

ENTERED this 21st day of March, 2012.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE